THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C20-0867-JCC |
| Plaintiff, | ORDER |
| v. | |
| JMR TRUCKING INC., a Washington corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 8). Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. Plaintiff properly served Defendant on June 28, 2020, (Dkt. No. 5);
2. The Clerk entered an order of default against Defendant on July 31, 2020, (Dkt. No. 7);
3. Defendant has failed to appear or otherwise defend in this action;
4. This action is properly within the jurisdiction of the Court and venue is proper; and
5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), support granting default judgment in Plaintiff's favor.

Accordingly, the Court hereby GRANTS Plaintiff's motion for entry of default judgment (Dkt. No. 8). The Court further FINDS and ORDERS as follows:

1. Plaintiff is the authorized administrative agent for and assignee of the Western Conference of Teamsters Pension Trust Fund and the Washington Teamsters Welfare Trust Fund ("Trusts"). (*See* Dkt. No. 9 at 3.)

2. Defendant has contractual obligations to promptly and fully report for and pay contributions to the Trusts on behalf of each of its employees who are members of the bargaining unit represented by Local 174 of the International Brotherhood of Teamsters. (*See* Dkt. Nos. 8 at 3; 9-1 at 2–18.)

3. Defendant specifically accepted the Trusts' trust agreements and thereby agreed to pay the Trusts liquidated damages equal to twenty percent of all delinquent and delinquently paid contributions; interest at varying rates accruing on the delinquent contributions from the due date until fully paid; and attorney fees and costs which Plaintiff incurs in the collection of Defendant's unpaid obligations. (*See* Dkt. Nos. 8 at 3–4; 8-1 at 4; 9 at 3–4; 9-1 at 34, 76.)

4. Defendant failed to pay all contributions due for the period of June 1, 2014 through December 31, 2018. (*See* Dkt. Nos. 8 at 4; 9 at 5–6; 9-1 at 88–97, 99–112.)

5. Plaintiff is entitled to an award of attorney fees and costs, and Plaintiff's request for $892.65 in attorney fees is reasonable.

6. Plaintiff is AWARDED judgment against Defendant in the amount $35,479.06, consisting of:
    a. $21,315.05 in contributions;
    b. $7,485.66 in liquidated damages;
    c. $5,700.70 in pre-judgment interest;
    d. $892.65 in attorney fees; and
    e. $485.00 in costs.

7. Plaintiff is also awarded post-judgment interest on unpaid contributions at a rate of five percent (5%) per annum.

8. The Clerk is DIRECTED to close this case.

DATED this 7th day of October 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE